## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BYRON BREEZE, JR., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 1:22-cv-01298-JEB |
| | * |
| MILLENNIUM PARTNERS GROUP LLC, | * |
| d/b/a LUTECE et al., | * |
| | * |
| Defendants. | * |

### CONSENT ORDER

UPON CONSIDERATION OF Plaintiff Byron Breeze, Jr. and Defendants MILLENNIUM PARTERS GROUP LLC, d/b/a Lutece, and ASHER L. WHEELER (DECEASED), AS TRUSTEE OF THE RESIDUARY MARITAL TRUST UNDER THE LAST WILL AND TESTAMENT OF NAOMA S. WHEELER DATED MARCH 22, 2006's Motion to Stay All Deadlines and Notice of Settlement ("Consent Motion"), and good cause having been shown, it is therefore this _____ day of _____, 2022, ORDERED that the Consent Motion shall be, and is hereby, GRANTED, and it is further,

ORDERED, that all deadlines arising in this case shall be stayed until _____, 2022.

_____
U.S. District Judge, James E. Boasberg
U.S. District Court for the District of Columbia

*Copies to: All parties of record*